FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00667-MSK-KLM

SIRRLOVE WILLIAMS,

      Plaintiff,

v.

MAJOR DIGGINS,
MAJOR CONNORS, and
SGT. DAUGTRIE,

      Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated this 18th day of June, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00667-MSK-KLM

Sirrlove Williams
Colorado Mental Hlth Institute
1600 W. 24th St.
Pueblo, CO 81003

US Marshal Service
Service Clerk
Service forms for: Major Diggins, Major Connors, and Sgt. Daugtrie

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Major Diggins, Major Connors, and Sgt. Daugtrie ; AMENDED COMPLAINT FILED 06/09/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/18/08 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk