IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00667-MSK-KLM

SIRRLOVE WILLIAMS,

    Plaintiff,

v.

MAJOR DIGGINS,
MAJOR CONNORS,
SGT. DAUGHTRIE.

    Defendants.

---

**MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **October 15, 2008 at the hour of 9:00 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. Plaintiff and his/her case manager shall contact the court at: (303) 335-2770 on the above date and time in order to participate.


Dated: June 20, 2008