IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00667-MSK-KLM

SIRRLOVE WILLIAMS,

    Plaintiff,

v.

MAJOR DIGGINS,
MAJOR CONNORS,
SGT. DAUGHTRIE.

    Defendants.

___

### MINUTE ORDER
___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend T.R.O.** [Docket No. 77; Filed April 27, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court shall consider the allegations and information contained in Docket No. 77 in conjunction with Plaintiff's pending Motion for T.R.O. [Docket No. 58].  **No further supplementation of the Motion for T.R.O. shall be permitted.**

    IT IS FURTHER **ORDERED** that Defendants shall respond to the allegations and information contained in Docket No. 77 on or before **May 15, 2009**.  Plaintiff's reply, if any, shall be due no later than **June 1, 2009**.

Dated:  April 28, 2009