**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                              Date: January 14, 2010
Court Reporter:     Paul Zuckerman

Civil Action No. 08-cv-00667-MSK-KLM

*Parties*:                                                       *Counsel Appearing:*

SIRRLOVE WILLIAMS,                                               Sirrlove Williams, *pro se*

        Plaintiff,

v.

MAJOR DIGGNIS;                                                   Thomas Bigler
MAJOR CONNORS;
SGT DAUGHTRIE;

        Defendants.

---

## COURTROOM MINUTES

---

HEARING:   Final Pretrial Conference.

**4:13 p.m.      Court in session.**

Plaintiff, *pro se* and defendant Connor are present by telephone. Other party defendants are present in person. Melvin Thompson from Denver Manager of Safety's Office is present.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses plaintiff's Motion for Temporary Restraining Order (**Doc. #66**).

**ORDER:**   Plaintiff's Motion for Temporary Restraining Order is **DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

Review of the proposed final pretrial order - matters addressed:

>Claims
>Defenses
>Witness List
>Exhibit List
>Anticipated motions
>Trial length, trial process, evidentiary issues and any questions posed by counsel.

**ORDER:** **All** motions will be filed by **February 16, 2010.**

**ORDER:** The witness and exhibit list for the Final Pretrial Order will be filed by **January 15, 2010.**

**ORDER:** Proposed voir dire questions and jury instructions will be filed by **May 14, 2010.**

The parties agree that 4 days is sufficient for the trial.

**4:49 p.m.** **Court in recess.**

**Total Time:** **36 minutes.**
**Hearing concluded.**